# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>　　　　Plaintiff　　　　　　　)<br>　　　　　　　　　　　　　　　)<br>　　vs.　　　　　　　　　　　　)<br>Barraza, et al　　　　　　　　)<br>　　　　Defendant(s)　　　　　)<br>　　　　　　　　　　　　　　　) | CRIMINAL NO. 08cr1436-LAB<br><br>ORDER<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. |

On order of the United States District/Magistrate Judge, **RUBEN B. BROOKS**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (**Bond Posted**) / Case Disposed / Order of Court).

**Clemente Morales-Chapa**

DATED: 6/17/2008

RUBEN B. BROOKS

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
　　　　　　　　DUSM

OR

W. SAMUEL HAMRICK, JR.　Clerk

by　_____
　　　　Deputy Clerk
　　　K. HAMMERLY