```
 1  KAREN P. HEWITT
    United States Attorney
 2  STEVEN DE SALVO
    Assistant U.S. Attorney
 3  California State Bar No. 199904
    United States Attorney's Office
 4  880 Front Street, Room 6293
    San Diego, California 92101-8893
 5  Telephone: (619) 557-7032/(619) 235-2757 (Fax)
    Email: steven.desalvo@usdoj.gov
 6
    Attorneys for Plaintiff
 7  United States of America
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Criminal Case No. 08CR1436-LAB |
|---|---|
| Plaintiff, | ) |
| v. | ) APPLICATION FOR ORDER |
|  | ) SHORTENING TIME |
| CUAUHTLAHTOUAC HERNANDEZ (3) and ISAAC ESPINOZA (4), | ) |
| Defendants. | ) |

COMES NOW the plaintiff, United States of America, by and through its counsel, Karen P. Hewitt, United States Attorney, and Steven De Salvo, Assistant United States Attorney, and hereby moves this Court for an order shortening time to permit the Government to file its Motions In Limine. The grounds for this application are set forth in the attached declaration of counsel.

DATED: August 6, 2008

Respectfully submitted,

KAREN P. HEWITT
United States Attorney

s/Steven De Salvo
_____
STEVEN DE SALVO
Assistant United States Attorney
Attorneys for Plaintiff

**DECLARATION OF STEVEN DE SALVO**

I, Steven De Salvo, hereby declare as follows:

1. I am an Assistant United States Attorney for the Southern District of California.

2. I am assigned to the above-captioned case, which is set for a Motion Hearing on August 18, 2008, at 2 p.m.

3. I had intended to file the Government's Motions In Limine on Monday, August 4, 2008, via ECF, while I was in Pasadena, California, for oral argument in another case pending before the Ninth Circuit Court of Appeals. However, I could not access the government's computer network while I was in Pasadena. Today, upon my return to my San Diego office, I filed the present motions.

Dated: August 6, 2008         /s/ Steven De Salvo

_____
STEVEN DE SALVO
Assistant U.S. Attorney

|  |  |
|---|---|
| 1 | UNITED STATES DISTRICT COURT |
| 2 | SOUTHERN DISTRICT OF CALIFORNIA |

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08CR1436-LAB |
| | ) | |
| Plaintiff, | ) | |
| | ) | CERTIFICATE OF SERVICE |
| v. | ) | |
| | ) | |
| CUAUHTLAHTOUAC HERNANDEZ (3) | ) | |
| and ISAAC ESPINOZA (4), | ) | |
| | ) | |
| Defendants. | ) | |

IT IS HEREBY CERTIFIED THAT:

    I, STEVEN DE SALVO, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

    I am not a party to the above-entitled action. I have caused service of GOVERNMENT'S MOTIONS IN LIMINE on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System.

    **Kurt Hermansen**

    **Julie Blair**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 6, 2008.

                                                                         s/ Steven De Salvo
                                                                        STEVEN DE SALVO